IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSHUA FRANKLIN,**

     *Plaintiff,*

v.                                    Case No.: 4:20cv550-MW/MJF

**FERGUSON and DEBOSE,**

     *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. This action shall be transferred to the U.S. District Court for the Middle District of Florida. The Clerk shall take all steps necessary to effect the transfer and close the file.

**SO ORDERED on December 22, 2020.**

                                                s/Mark E. Walker
                                                **Chief United States District Judge**